**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 22, 2009**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: James R. Guisinger | : | Case No. 05-53473 |
| Tina A. Guisinger | : | Chapter 13 |
| Debtors. | : | Judge Hoffman |

### ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

This matter has come before the Court upon Debtors' Motion to Modify their Chapter 13 Plan (Document 57). The Court finds that all required parties have been served, that the time for objection has passed, and that no objection has been entered.

THEREFORE, it is hereby ORDERED that Debtors' Chapter 13 Plan be modified to surrender the real estate located at 70 Railroad Street, Milford Center, Ohio to the mortgage company.

**SO ORDERED.**

Approved:

/s/ Christopher Gallutia
Christopher Gallutia (0011775)
Attorney for Debtor
1147 Fletcher Drive
Reynoldsburg OH 43068

Copies to:    Mr. Frank M. Pees, Esq.                Christopher Gallutia
              Chapter 13 Trustee                     Attorney for Debtor
              130 E. Wilson Bridge Rd., Ste 200      1147 Fletcher Drive
              Worthington OH 43085                   Reynoldsburg OH 43068

              Mr. James R. Guisinger                 U.S. Trustee
              P O Box 141                            170 N. High Street, Ste 200
              Milford Center OH 43045                Columbus OH 43215

              Mrs. Tina (Guisinger) Bailey           US Bank, NA
              116 Central Avenue                     4801 Frederica Street
              Logan WV 25601                         Owensboro KY 42301

                                    ###